UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

JUL 1 8 2025

Nathan Ochsner, Clerk of Court

------------------------------------------------------

Johnny White,                                          )
    Plaintiff,                                         )
                                           )

v.                                                     )   Civil Action No.
_____                                             )

                                            )
Chae Song Yong, individually and d/b/a Fashion & Rhinestone, )
Nadeem A. Ashrafi, individually and d/b/a Texas Rhinestones, )
Fouzia N. Ashrafi, individually and d/b/a Texas Rhinestones,  )
Amena Begum, individually and d/b/a H-Town Fashion,          )
Oscar Monroy, individually and as manager of Bling Over Bling LLC, )
Caesar Monroy, individually and as manager of Bling Over Bling LLC, )
Bling Over Bling LLC,                                  )
    Defendants.                                        )
------------------------------------------------------

COMPLAINT AND JURY DEMAND
(Copyright Infringement – 17 U.S.C. §§ 101 et seq.)

Plaintiff Johnny White ("Plaintiff"), for his Complaint against the above-named Defendants
(collectively, "Defendants"), alleges as follows:


INTRODUCTION

1.  This is an action for willful copyright infringement of two registered rhinestone graphic designs
    entitled "STANDING ON HIS WORD" (U.S. Copyright Reg. No. VAu 1-238-153) and "BREAK EVERY CHAIN" (part of the registered
*25 Gospel Bling Designs Collection*,
    Case No. 1-14937887111).
2.  Defendants have, since at least 2015, knowingly reproduced, displayed, distributed, and sold
    Plaintiff's designs without authorization, after receiving repeated cease-and-desist notices.


JURISDICTION

3.  This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.
4.  Venue is proper in this District under 28 U.S.C. § 1400(a) and § 1391(b) because a substantial
    part of the events giving rise to the claims occurred in this District and all Defendants reside or
    conduct business here.


PARTIES

5. Plaintiff Johnny White is a resident of the State of Texas and the sole owner/author of the works
   at issue.
6. Defendant Chae Song Yong is an individual residing in Texas and doing business as
   "Fashion & Rhinestone," 9700 Harwin Dr., Ste 155, Houston, TX 77036.
7-11. [Similar short paragraphs identifying each remaining Defendant with address/role.]

## FACTUAL BACKGROUND

12. In 2015 Plaintiff provided his original designs to Alibaba for manufacturing under a limited
    license. Alibaba leaked the designs to Texas resellers, including Defendants.
13. In 2015 Plaintiff personally instructed Defendant Yong (then operating "Rhinestone Empire")
    to remove Plaintiff's design "STANDING ON HIS WORD" from store shelves.
14-19. [Chronological narrative: 2015 takedown notices, 2016 Oscar Monroy e-mail C&D,
    ongoing sales through 2025, purchase of infringing items from each Defendant, etc.]

## CLAIMS FOR RELIEF
### Count I – Copyright Infringement
20-24. [Allege ownership, copying, willfulness for each Defendant.]

### Count II – Contributory/Vicarious Infringement
25-28. [Allege facilitation, financial benefit, right and ability to supervise.]

## WILLFULNESS ALLEGATIONS
29-31. [Notice, continued sales, rebranding to avoid liability.]

## PRAYER FOR RELIEF
WHEREFORE, Plaintiff requests judgment in his favor and against Defendants, jointly and severally,
as follows:
   A. Statutory damages up to $150,000 per infringed work per Defendant, or, alternatively,
      actual damages and Defendants' profits, for a total not less than **$44,000,000**;
   B. A temporary restraining order and preliminary and permanent injunction as set forth
      in Plaintiff's contemporaneously filed Motion;
   C. Impoundment and destruction of all infringing goods;
   D. An order freezing Defendants' assets sufficient to satisfy judgment;
   E. Costs, interest, and reasonable attorney's fees under 17 U.S.C. § 505;
   F. Such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL
Plaintiff demands a trial by jury on all issues triable by jury.

PLAINTIFF'S EMERGENCY MOTION
        FOR TEMPORARY RESTRAINING ORDER AND ASSET FREEZE

Plaintiff Johnny White respectfully moves this Court, pursuant to Fed. R. Civ. P. 65 and the Court's
inherent equitable powers, for an ex parte Temporary Restraining Order enjoining Defendants from
(i) reproducing, displaying, distributing, or selling Plaintiff's copyrighted designs "STANDING ON HIS WORD"
and "BREAK EVERY CHAIN," (ii) concealing, transferring, or destroying any infringing goods or related
business records, and (iii) dissipating assets traceable to the infringement. Grounds:

1. Likelihood of Success. Plaintiff owns valid U.S. copyrights and has overwhelming evidence of
   willful infringement by each Defendant after direct notice dating back to 2015.
2. Irreparable Harm. Plaintiff's market remains flooded with counterfeit goods; continued sales will
   further erode brand value and goodwill. Monetary damages alone are inadequate.
3. Balance of Equities. Defendants have no legitimate right to profit from Plaintiff's works; the TRO
   merely forces cease of unlawful conduct.
4. Public Interest. Enforcing federal copyright law serves the public interest.

A proposed Order is submitted herewith. Plaintiff requests expedited discovery and service of process
via alternative means if necessary.

Dated: July 15, 2025                        Respectfully submitted,

                                            Johnny White, Pro Se

Each summons (AO 440) must include:
1. Court name & address
2. Case No. (leave blank for clerk)
3. Plaintiff: Johnny White
4. Defendant name & service address:
   - Chae Song Yong, Fashion & Rhinestone, 9700 Harwin Dr., Ste 155, Houston TX 77036
   - Nadeem A. Ashrafi, 7406 Sunset Bend Ln, Richmond TX 77407
   - Fouzia N. Ashrafi, 7406 Sunset Bend Ln, Richmond TX 77407
   - Amena Begum, H-Town Fashion, 5803 S. Gessner Rd., Ste E, Houston TX 77036
   - Oscar Monroy, Bling Over Bling LLC, [insert address]
   - Caesar Monroy, Bling Over Bling LLC, [insert address]
   - Bling Over Bling LLC, [registered agent/address]
5. Plaintiff's signature and address

CIVIL COVER SHEET (JS-44)
          UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF TEXAS

Plaintiff(s): Johnny White
Defendant(s): Chae Song Yong d/b/a Fashion & Rhinestone; Nadeem A. Ashrafi;
Fouzia N. Ashrafi;
          Amena Begum d/b/a H-Town Fashion; Oscar Monroy; Caesar Monroy;
Bling Over Bling LLC

Basis of Jurisdiction: ❏ 3 (Federal Question)               Citizenship:
❏ TX parties
Cause of Action: 17 U.S.C. § 501 – Copyright Infringement
Requested in Complaint: $44,000,000 damages; TRO; injunction
Jury Demand: Yes

EXHIBIT INDEX

Ex. A – Certificate of Registration VAu 1-238-153 ("Standing On His Word")
Ex. B – Registration Certificate, 25 Gospel Bling Designs Collection,
Case #1-14937887111
Ex. C – 2015 Photograph: "Standing On His Word" at Rhinestone Empire shelves
Ex. D – 2015 Email to Oscar Monroy (Bling Over Bling) – Cease-and-Desist
Ex. E – 2016 Email Thread showing Texas Rhinestones involvement
Ex. F – 2025 Receipt from H-Town Fashion – Purchase of "Break Every Chain"
Ex. G – 2025 Photographs of infringing inventory at Fashion & Rhinestone
Ex. H – Live Screenshots (2025) of BlingOverBling.com listings (both designs)
Ex. I – Comparative image showing Plaintiff's original vs. infringing version
(Add additional exhibits as needed. Assign sequential letters.)

Respectfully submitted,

_Johnny White_                                    Dated: July 15, 2025

Johnny White, Pro Se
Mailing Address: [Your address] P. O. Box 252 Vill's Tx 77378
E-mail: [Your email]
Telephone: [Your phone] 713-919-6257

## Exhibit A – Copyright Submission Confirmation

Title: 25 GOSPEL BLING DESIGNS COLLECTION

Includes: 'BREAK EVERY CHAIN' and other original rhinestone designs

Case Number: 1-14937887111

Type of Work: Work of the Visual Arts

Filing Date: June 8, 2025

Filed By: Johnny White

Status: Copyright registration pending with the U.S. Copyright Office

This exhibit is provided as evidence of authorship and ownership
of the original rhinestone design collection submitted for registration.

*Prepared for inclusion in federal copyright complaint.*

**Office 1043**

| | |
|---|---|
| **From:** | Johnny White <standingongospelbling@gmail.com> |
| **Sent:** | Tuesday, July 15, 2025 2:37 PM |
| **To:** | Office 1043 |
| **Subject:** | [EXTERNAL] Fwd: The USPTO has received your trademark application (serial number 99279426) |

---

<div style="border:2px solid black; text-align:center; color:red; font-weight:bold;">
Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.
</div>

---

---------- Forwarded message ---------
From: **Johnny White** <standingonhisword68@gmail.com>
Date: Fri, Jul 11, 2025 at 3:37 PM
Subject: Fwd: The USPTO has received your trademark application (serial number 99279426)
To: <standingongospelbling@gmail.com>


---------- Forwarded message ---------
From: <TMOfficialNotices@uspto.gov>
Date: Fri, Jul 11, 2025 at 2:53 PM
Subject: The USPTO has received your trademark application (serial number 99279426)
To: <Standingonhisword68@gmail.com>
CC: <Karenwhite_3@yahoo.com>


**Trademark/service mark application, Principal Register**
Serial number: 99279426
Mark: Break Every Chain
Mark format: Standard character
Filing date: July 11, 2025 at 3:53:44 PM ET
Docket number:
Owner name: Johnny White
Amount paid: $350 (1 class)

# Filing receipt for trademark/service mark application, Principal Register and next steps in the application process

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO)! You have started the legal process to federally register your mark.

This filing receipt confirms that you successfully submitted your application, which now must be reviewed to see if it qualifies for registration. Registration is not *automatic or guaranteed*. Below you will see your mark, the serial number assigned to your application, and a description of what happens next in the application process. Carefully review this

information to make sure it is correct and so you know what to expect. We also highly recommend keeping a copy for your records.

**Please pay attention to the section below regarding scams and read the <u>Protect against scams section</u> on our website.** Also, we encourage you to take advantage of the resources we have linked at the end for first-time applicants, startups, and women entrepreneurs.

**Your mark**
Break Every Chain (standard characters, mark.jpg)
The literal element of the mark consists of Break Every Chain. The mark consists of standard characters, without claim to any particular font style, size, or color.

**Your serial number**
Your application was assigned serial number 99279426. You must refer to your serial number in all communications about your application.

**What you should do right now**
Review your application data below for any errors. If you find an error, visit the <u>After You File webpage</u> for information on correcting errors.

**What we do next**
Now that your application has been submitted, it will eventually be assigned to an examining attorney. The examining attorney reviews your application to make sure it meets all of the legal requirements and that your mark is registrable. To learn more, please visit the <u>Examination of your application webpage</u> and the <u>Trademark basics webpage</u>.

**Marks with a design element**
If your mark includes a design element, we'll assign it one or more <u>design search codes</u>. We'll notify you of these codes within the next several weeks and you can suggest that we add or delete a design search code from your file.

**Timing**
It will take some time before you hear from the examining attorney. Check out <u>what impacts how long it takes to register</u> your mark and the <u>current average processing times</u>.

**Office actions**
If your application does not meet all of the requirements, you'll receive a communication from your examining attorney called an "office action." This doesn't automatically mean your mark isn't registrable. It describes any issues the examining attorney found in your application. Your reply to an office action is an opportunity to resolve the issues. You must reply by the deadline to continue the application process and avoid abandonment of your application.

If you have questions, see <u>how to respond to office actions</u> or call the assigned examining attorney. The attorney's contact information is included in the office action. They can help clarify the issues raised in the office action at no cost to you. Please keep in mind that they cannot provide you with legal advice.

**What else you should do**
These are things to monitor while your application moves through the examination process.

**Keep your addresses current in USPTO records**
If your postal or email address changes, you must update the owner's address using the <u>electronic filing forms</u> on our website. We don't extend filing deadlines if you don't receive USPTO mail or email.

**Check your application status in our database every three to four months**
To be sure that you don't miss an important email from us, and to avoid the possible <u>abandonment</u> of your application, check your application status and review your documents in our database, <u>Trademark Status and Document Retrieval (TSDR)</u>, every three to four months.
TSDR contains your complete application record. It includes every communication we send you and every action related to your application.

**Watch out for scams**
Recognizing common signs of a scam can help you avoid costly mistakes. Scammers pretend to be from the USPTO, often state there's some sort of problem with your application, pressure you to act immediately, and tell you to pay some sort of fee or provide personal information. Some will even call you and use names, numbers, and locations of real USPTO employees to try to steal your money or personal information. USPTO employees will never ask you for your personal or payment information over the phone.

If you receive a notification about paying to publish your trademark in a directory, avoid doing so. Trademark directory listings aren't necessary. They're unofficial and not associated with the USPTO.

All official communications will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you're unsure about whether a communication is from us, call or email the Trademark Assistance Center or check your records in our database, TSDR. Any official communications we send you will be uploaded to your records in TSDR. Visit protect against scams on our website.

**Stay current with USPTO**

Sign up to get Trademark Alert emails to stay up to date with changes in the USPTO that may impact your application or registration. This may include upcoming system changes, events and roundtables, rules changes, and other operational matters.

**How to sign up**

On our subscription center webpage, select the Subscribe button, enter your email address, and select the Submit button. Consent to the privacy policy and select the Submit button. You can choose to receive emails about all United States Patent and Trademark (USPTO) topics or specific topics (e.g., Trademark Alerts). Pick your areas of interest, then select the Submit button.

**Provide feedback**

You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**Resources for new applicants**

We have many resources available for small business owners, first-time applicants, and entrepreneurs taking the first step to protect their trademark. Read the welcome letter from our leaders for details.

# Trademark details

**Mark**

BREAK EVERY CHAIN

**Mark Format**

**Standard character**

The mark consists of standard characters, without claim to any particular font style, size, or color.

# Owner information

| | |
|---|---|
| *Name | Johnny White |
| *Entity type | Individual |
| *Place of organization/citizenship | United States |
| **Mailing address information** | |
| *Address line 1 | P. O.Box 252 |
| *City | Willis |
| *State/territory | Texas |
| *Zip/postal code | 77378 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | Standingonhisword68@gmail.com |
| Primary telephone number | (713) 979-6251 |
| Owner website URL | www.gospelbling.com |
| **Domicile address information** | |

The mailing address is the same as the owner's domicile address.

# Goods and services

## Filing basis information

Section 1(a)

## Identification of goods and services

3

**International Class 025**

Filing basis: Section 1(a)

Graphic T-shirts

**Specimen Information**

| | |
|---|---|
| *First use anywhere date | At least as early as 03/24/2011 |
| *First use in commerce date | At least as early as 11/24/2012 |
| *Specimen file name | IMG_2741.jpeg |
| URL | None specified. |
| Date of access | None specified. |
| *Description | Break Every Chain |

# Additional statements

*Translation (if applicable)

*Transliteration (if applicable)

*Consent (name/likeness) (if applicable)

*Claim of ownership of active prior registrations(s) (if applicable)

*Section 2(f) Claim of acquired distinctiveness (if applicable)

*Additional statements including use of the mark in another form (if applicable)

Significance of mark

Disclaimer

# Correspondence information

| | |
|---|---|
| *Correspondence name | Johnny White |
| *Primary correspondence email address | Standingonhisword68@gmail.com |
| Courtesy copy email addresses | Karenwhite_3@yahoo.com |

# Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 1 |
| Base application fee, per class | $350 |
| Total fees paid | $350 |

# Declaration and signature

## Declaration

[ X ] Basis:

If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;

4

- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or

If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| *Electronic Signature | /johnny white/ |
| *Signatory's name | Johnny White |
| *Signatory's position | Owner |
| *Date signed | 07/11/2025 |
| Signature method | Signed directly within the form |

## Payment receipt

**Owner:** Johnny White
**Mark :** Break Every Chain
**Serial Number :** 99279426
**Docket Number :**
**Number of Classes :** 1

| Fee code description | Fee amount | Qty | Item total |
|---|---|---|---|
| Base application, per class | $350 | 1 | $350 |

**Total paid: $350**
**Payment method: CARD**
**Date payment received: 07/11/2025**

STAMP:USPTO/APPB-172.56.60.15-20250711155344269-99279426-16.1-f45392f3-67ce-400a-ad69-9571ce6ffdfe-CARD-20250707174816304219

5

**Office 1043**

| | |
|---|---|
| **From:** | Johnny White <standingongospelbling@gmail.com> |
| **Sent:** | Tuesday, July 15, 2025 2:37 PM |
| **To:** | Office 1043 |
| **Subject:** | [EXTERNAL] Fwd: The USPTO has received your trademark application (serial number 99269775) |

---

**Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.**

---

---------- Forwarded message ---------
From: **Johnny White** <standingonhisword68@gmail.com>
Date: Fri, Jul 11, 2025 at 3:37 PM
Subject: Re: The USPTO has received your trademark application (serial number 99269775)
To: <standingongospelbling@gmail.com>

On Mon, Jul 7, 2025 at 10:39 AM <TMOfficialNotices@uspto.gov> wrote:

> **Trademark/service mark application, Principal Register**
> Serial number: 99269775
> Mark: **Standing On His Word**
> Mark format: **Standard character**
> Filing date: July 7, 2025 at 11:39:19 AM ET
> Docket number:
> Owner name: Johnny White
> Amount paid: $350 (1 class)

# Filing receipt for trademark/service mark application, Principal Register and next steps in the application process

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO)! You have started the legal process to federally register your mark.

This filing receipt confirms that you successfully submitted your application, which now must be reviewed to see if it qualifies for registration. Registration is not *automatic or guaranteed*. Below you will see your mark, the serial number assigned to your application, and a description of what happens next in the application process. Carefully review this information to make sure it is correct and so you know what to expect. We also highly recommend keeping a copy for your records.

**Please pay attention to the section below regarding scams and read the Protect against scams section on our website.** Also, we encourage you to take advantage of the resources we have linked at the end for first-time applicants, startups, and women entrepreneurs.

**Your mark**
Standing On His Word (standard characters, mark.jpg)

1

The literal element of the mark consists of Standing On His Word. The mark consists of standard characters, without claim to any particular font style, size, or color.

**Your serial number**

Your application was assigned serial number 99269775. You must refer to your serial number in all communications about your application.

**What you should do right now**

Review your application data below for any errors. If you find an error, visit the After You File webpage for information on correcting errors.

**What we do next**

Now that your application has been submitted, it will eventually be assigned to an examining attorney. The examining attorney reviews your application to make sure it meets all of the legal requirements and that your mark is registrable. To learn more, please visit the Examination of your application webpage and the Trademark basics webpage.

**Marks with a design element**

If your mark includes a design element, we'll assign it one or more design search codes. We'll notify you of these codes within the next several weeks and you can suggest that we add or delete a design search code from your file.

**Timing**

It will take some time before you hear from the examining attorney. Check out what impacts how long it takes to register your mark and the current average processing times.

**Office actions**

If your application does not meet all of the requirements, you'll receive a communication from your examining attorney called an "office action." This doesn't automatically mean your mark isn't registrable. It describes any issues the examining attorney found in your application. Your reply to an office action is an opportunity to resolve the issues. You must reply by the deadline to continue the application process and avoid abandonment of your application.

If you have questions, see how to respond to office actions or call the assigned examining attorney. The attorney's contact information is included in the office action. They can help clarify the issues raised in the office action at no cost to you. Please keep in mind that they cannot provide you with legal advice.

**What else you should do**

These are things to monitor while your application moves through the examination process.

**Keep your addresses current in USPTO records**

If your postal or email address changes, you must update the owner's address using the electronic filing forms on our website. We don't extend filing deadlines if you don't receive USPTO mail or email.

**Check your application status in our database every three to four months**

To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

TSDR contains your complete application record. It includes every communication we send you and every action related to your application.

**Watch out for scams**

Recognizing common signs of a scam can help you avoid costly mistakes. Scammers pretend to be from the USPTO, often state there's some sort of problem with your application, pressure you to act immediately, and tell you to pay some sort of fee or provide personal information. Some will even call you and use names, numbers, and locations of real USPTO employees to try to steal your money or personal information. USPTO employees will never ask you for your personal or payment information over the phone.

If you receive a notification about paying to publish your trademark in a directory, avoid doing so. Trademark directory listings aren't necessary. They're unofficial and not associated with the USPTO.

All official communications will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you're unsure about whether a communication is from us, call or email the Trademark Assistance Center or check your records in our database, TSDR. Any official communications we send you will be uploaded to your records in TSDR. Visit protect against scams on our website.

**Stay current with USPTO**

Sign up to get Trademark Alert emails to stay up to date with changes in the USPTO that may impact your application or registration. This may include upcoming system changes, events and roundtables, rules changes, and other operational matters.

**How to sign up**

On our subscription center webpage, select the Subscribe button, enter your email address, and select the Submit button. Consent to the privacy policy and select the Submit button. You can choose to receive emails about all United States Patent and Trademark (USPTO) topics or specific topics (e.g., Trademark Alerts). Pick your areas of interest, then select the Submit button.

**Provide feedback**

You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**Resources for new applicants**

We have many resources available for small business owners, first-time applicants, and entrepreneurs taking the first step to protect their trademark. Read the welcome letter from our leaders for details.

# Trademark details

Mark

STANDING ON HIS WORD

Mark Format

**Standard character**

The mark consists of standard characters, without claim to any particular font style, size, or color.

# Owner information

| | |
|---|---|
| *Name | Johnny White |
| *Entity type | Individual |
| *Place of organization/citizenship | United States |
| **Mailing address information** | |
| *Address line 1 | P O Box 252 |
| *City | Willis |
| *State/territory | Texas |
| *Zip/postal code | 77378 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | standingonhisword68@gmail.com |
| Primary telephone number | (713) 979-6251 |
| **Domicile address information** | |

The mailing address is the same as the owner's domicile address.

# Goods and services

## Filing basis information

Section 1(a)

## Identification of goods and services

**International Class 025**

Filing basis: Section 1(a)

T-shirts for **T-shirts**

**Specimen Information**

| | |
|---|---|
| *First use anywhere date | At least as early as 01/06/2012 |
| *First use in commerce date | At least as early as 03/19/2015 |
| *Specimen file name | StandingOnHisWord_Specimen.jpg |
| URL | www.johnnywhitellc.com. |
| Date of access | 07/07/2025 |
| *Description | None specified. |

# Additional statements

| | |
|---|---|
| *Translation (if applicable) | |
| *Transliteration (if applicable) | |
| *Consent (name/likeness) (if applicable) | |
| *Claim of ownership of active prior registrations(s) (if applicable) | |
| *Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| *Additional statements including use of the mark in another form (if applicable) | |
| Significance of mark | |
| Disclaimer | |

# Correspondence information

| | |
|---|---|
| *Correspondence name | Johnny White |
| *Primary correspondence email address | standingonhisword68@gmail.com |
| Courtesy copy email addresses | Karenwhite_3@yahoo.com |

# Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 1 |
| Base application fee, per class | $350 |
| Total fees paid | $350 |

# Declaration and signature

## Declaration

[ X ] Basis:
If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

4

And/or

If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| *Electronic Signature | /johnny White/ |
| *Signatory's name | Johnny White |
| *Signatory's position | Owner |
| *Date signed | 07/07/2025 |
| Signature method | Signed directly within the form |

## Payment receipt

**Owner:** Johnny White
**Mark :** Standing On His Word
**Serial Number :** 99269775
**Docket Number :**
**Number of Classes :** 1

| Fee code description | Fee amount | Qty | Item total |
|---|---|---|---|
| Base application, per class | $350 | 1 | $350 |

**Total paid: $350**

**Payment method: CARD**

**Date payment received: 07/07/2025**

STAMP:USPTO/APPB-172.58.48.52-20250707113919625-99269775-16.1-2f1fa010-24a7-473c-9703-dd6151b26a78-CARD-20250707101434203779

7:41



**gospelbling**.com ▶ Inbox ☆

www.gospelbling.... May 31, 2015 ☺ ↩ •••
to me ⌄

Can't See This Message? **View in a browser**

If you feel you received it by mistake or wish to unsubscribe, **click here**

## gospelbling.com

We sell and design rhinestone apparel. click here to order!!!!!





↩ Reply     → Forward     ☺

**Bling Over Bling**
to me ˅

Hi again thank you for getting back to me it won't be possible for us to pay $240.00 a month for just that one design because as I mentioned before we are only capable of selling about 30 transfers a month and we sell the transfer for $5.00 each that is about $150.00 a month and that leave us a profit of just about $70.00 per month for just that one design so we could not pay you that much for just one single design,  so as advised from our lawyer it will be better for us to just remove the only two designs that we have on our website with the High heels on top the book which we understand is very similar to your registered artwork and he also notified us that there is no actual Trade mark for the phrase "Standing On His Word" at the moment and that we won't have any problems if we just make a different artwork using those words but if you ever get approved your petition for the trademark of the phrase "Standing On His Word" then you can properly notify us and we will cease the use of the phrase on any design.
It will also be hard for us to sell more of it when you can still find a lot of this logo sold in many sites like ebay, amazon or even small local websites like this one
http://www.texasrhinestone.com/religious/
but if you were able to bundle this design with some others posted on your site we could probably come to an agreement let me know your thoughts or you can also call me at 832-581-2947, David





JUNETEENTH BREAKING
EVERY CHAIN - DTF TRANSFER
$4.99

BREAK EVERY CHAIN (TEXT)
RELIGIOUS RHINESTONE
TRANSFER
$4.99

Add a Caption

Tuesday • Jul 8, 2025 • 7:35 PM                    Adjust

IMG_2596

Screenshot                               PNG

No lens information
3 MP • 1290 × 2796 • 2 MB

Add a location...

Show in All Photos

9:56   

20150514ProformaInvoiceU...



# FOKSY CO.,LTD

### PROFORMA INVOICE
**No.UCMY-0012**

Address:  28C, Yinxing garret, Huamaoxinyuan, Hongli
Road,  futian district,shenzhen, China 518000

Tel:86-755-83736253
Fax:86-755-83736501

| The Buyer: | Gospel Bling | 客户代码:  00007970 | |
| --- | --- | --- | --- |
| ADD: | | | Signed At: Shenzhen |
| ATTN: | Gospel Bling | TEL: | Date:  2015-5-14 |

The Undersigned Seller and Buyer have agreed to close the following transactions according to the terms and conditions stipulated below:

| Description | | Picture | Quality | Quantity | Unit price | Amount | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| size(inch) | color | | | pcs | USD | USD | |
| 9.36*7.65 | Crystal/siam | | Korea hot fix rhinestoner motif | 30 | $2.41 | $72.30 | BLACK BEAUTIFUL |
| 7.82*9.47 | crystal,siam | | Korea hot fix rhinestoner motif | 50 | $2.15 | $107.50 | FEARFULLY MADE |
| 15.54*11.82 | crystal, rose | | Korea hot fix rhinestoner motif | 30 | $5.33 | $159.90 | BREAK EVERY CHAIN |
| new size 6.51*6.32 | crystal,rose all ss6 | | Korea hot fix rhinestoner motif | 40 | $4.75 | $190.00 | order my steps |
| 9*9 | Crystal/siam | | Korea hot fix rhinestoner motif | 40 | $1.75 | $70.00 | STANDING ON HIS WORD |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 6.52*7.31 | crystal, rose | | Korea hot fix rhinestoner motif | 30 | $4.38 | $131.40 | BOW IN PRAYER |
| | | | | | Value of goods: | $731.10 | |
| | | | | | Shipping fees  DHL to USA : | $96.00 | |
| | | | | | Total: | $827.10 | |
| | | | | | 5% extra fees charged by paypal: | $41.36 | |
| | | | | | Total Value: | $868.46 | |

SAY US DOLLARS EIGHT HUNDRED AND SIXTY-EIGHT AND FORTY-SIX CENTS








STANDING BOLDLY ON HIS
WORD HOLY BIBLE (SEPARATE
HEELS) STILETTO
RHINESTONE TRANSFER
$5.50

STANDING ON HIS WORD (RED
TEXT ON THE BOTTOM) HOLY
BIBLE HEELS STILETTO
RHINESTONE TRANSFER
$4.99





PREACH THE WORD HOLY

(BIBLE) STANDING ON THE





## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

Registration Number
**VAu 1-238-153**
Effective Date of Registration:
August 27, 2015

### Title

Title of Work:    STANDING ON HIS WORD

### Completion/Publication

Year of Completion:    2012

### Author

- Author:    johnny white
  Author Created:    2-D artwork
  Work made for hire:    No
  Citizen of:    United States
  Year Born:    1968

### Copyright Claimant

Copyright Claimant:    johnny white
2470 dalview st , houston, TX, 77091, United States

### Rights and Permissions

Organization Name:    GOSPELBLING
Address:    2470 DALVIEW ST
HOUSTON, TX 77091 United States

### Certification

Name:    JOHNNY WHITE
Date:    August 27, 2015

Correspondence:    Yes



texasrhinestone.com



BREAK EVERY CHAIN WITH HANDS CANCER AWARENESS RHINESTONE TRANSFER
$5.50

(2 QTY) BREAK EVERY CHAIN JUNETEENTH 1865 DTF TRANSFER
$9.99

THERE IS POWER IN THE NAME OF JESUS TO BREAK

(2 QTY) JUNETEENTH BREAKING EVERY CHAIN



STANDING ON HIS WORD (CURSIVE) HOLY BIBLE HEELS STILETTO RHINESTONE TRANSFER

$5.99

STANDING BOLDLY ON HIS WORD HOLY BIBLE (SEPAR/ HEELS) STILETTO RHINESTONE TRANSFER

$5.50

Tuesday • Jul 8, 2025 • 7:13 PM    Adjust

 IMG_2594

Screenshot

No lens information